HMG/TMF:USAO #2011R0219

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. ELH-11-0200 |
| v. | : | (Access Device Fraud, 18 U.S.C. § 1029) |
| VIVEK JAIN, | : | UNDER SEAL |
| Defendant. | : | |

...oOo...

### INDICTMENT

The Grand Jury for the District of Maryland charges:

On or about February 14, 2011, in the District of Maryland and elsewhere,

**VIVEK JAIN,**

the defendant herein, did knowingly and with the intent to defraud, possess fifteen or more devices which were unauthorized access devices, in and affecting interstate commerce.

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 2

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

4/7/11
Date